UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | 08CR77-BTM (handwritten) |
| Plaintiff ) | CRIMINAL NO. 07mj2986 |
| ) | |
| vs. ) | ORDER |
| ) | RELEASING MATERIAL WITNESS |
| SHIMRON GONZALEZ - VASQUEZ ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

MARTHA REYES - MONTES

DATED: 1/10/08

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by J. Jarreck

Deputy Clerk