# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
              Plaintiff  )
                 )
          vs.  )
                 )
SHARON GONZALEZ - VASQUEZ )
          Defendant(s)  )
_____  )

CRIMINAL NO. 08CR77-BTM
07mj2986

### ORDER

### RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,    **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court).

JESSICA ALCANTE - MEDRANO

DATED: 1/10/08

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
          **DUSM**

OR

W. SAMUEL HAMRICK, JR.   Clerk

by J. Grubek

**Deputy Clerk**

J. Jarneck

☆ U.S. GPO: 2003-581-774/70082